BRIAN STRETCH, SBN CA 163793
United States Attorney
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY STENT,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:16-CV-07288-JST<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) AND [PROPOSED] ORDER |

TO THE HONORABLE JON S. TIGAR, DISTRICT JUDGE OF THE DISTRICT COURT:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to a first extension of 30 days for Defendant's time to file her motion for summary judgment. Defendant's Motion for Summary Judgment is currently due on May 19, 2017 and the new deadline would be June 18, 2017, with all remaining deadlines modified accordingly. Defendant respectfully requests this first extension as Defendant's counsel is experiencing an exceptionally heavy workload at this time, including five district court briefs due this week. The additional time requested will enable Defendant to

Stip. & ~~Proposed~~ Order for Extension, 3:16-CV-07288-JST

1

properly address the issues Plaintiff has presented.

                                                Respectfully submitted,

Date: May 17, 2017            By:    */s/ \* Terry LaPorte*
                                                TERRY LAPORTE
                                                (*authorized by email on May 15, 2017)
                                                Attorney for Plaintiff

Date: May 17, 2017                         BRIAN STRETCH
                                                United States Attorney

                                    By:    */s/ Jennifer A. Kenney*
                                                JENNIFER A. KENNEY
                                                Special Assistant United States Attorney

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 19, 2017

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stip. & ~~Proposed~~ Order for Extension, 3:16-CV-07288-JST

2