BRIAN STRETCH, SBN CA 163793
United States Attorney
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY STENT,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:16-CV-07288-JST<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND [PROPOSED] ORDER |

TO THE HONORABLE JON S. TIGAR, DISTRICT JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Gary Stent (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will consider issuing a favorable decision. If based on its review, the Appeals Council determines it is unable to issue a favorable decision, then it will instruct the Administrative Law Judge to obtain supplemental vocational expert testimony to determine if Plaintiff

would have very little or no vocational adjustment to any other work in the national economy (20 C.F.R. Part 404, Subpart P, Appendix 2).  In addition, the Administrative Law Judge will be instructed to further determine, based on Plaintiff's vocational factors, if there are jobs that exist in significant numbers that Plaintiff could perform.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:  June 15, 2017          By:    */s/ \* Terry LaPorte*
                                                    TERRY LAPORTE
                                                    (*authorized by email on June 14, 2017)
                                                    Attorney for Plaintiff

Date:  June 15, 2017                                  BRIAN STRETCH
                                                                 United States Attorney

                                       By:   */s/ Jennifer A. Kenney*
                                                     JENNIFER A. KENNEY
                                                    Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  June 16, 2017

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stip. & ~~Proposed~~ Order for Vol. Remand, 3:16-CV-07288-JST